UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

STIFEL, INCOLAUS & COMPANY, INC.,
STIFEL FINANCIL CORP.,
SAYBROOK FUND INVESTORS, LLC
(successor to SAYBROOK TAX EXEMPT
INVESTORS, LLC),
LDF ACQUISITION, LLC,
WELLS FARGO BANK, N.A., and
GODFREY & KAHN, S.C.,

        Plaintiffs,

v.

LAC DU FLAMBEAU BAND OF LAKE
SUPERIOR CHIPPEWA INDIANS and
LAKE OF THE TORCHES ECONOMIC
DEVELOPMENT CORPORATION,

        Defendants.

Case No.: 13-CV-372-wmc

## NOTICE OF APPEAL

Defendants, the Lac du Flambeau Band of Lake Superior Chippewa Indians and the Lake of the Torches Economic Development Corporation, hereby give notice they are appealing to the Seventh Circuit Court of Appeals this Court's October 28, 2013 Opinion and Order denying their Motion to Dismiss, or in the Alternative, to Stay—in which Defendants asserted the defense of sovereign immunity and lack of jurisdiction—and ordering a November 26, 2013 preliminary-injunction hearing.

| | |
|---|---|
| Dated: November 1, 2013. | **HANSEN REYNOLDS DICKINSON CRUEGER LLC** |

        By: /s/Paul R. Jacquart
           Timothy M. Hansen
           thansen@hrdclaw.com
           Paul R. Jacquart
           pjacquart@hrdclaw.com
           316 N. Milwaukee St., Suite 200
           Milwaukee, WI 53202
           Main: 414-455-7676
           Fax: 414-273-8476

**HOGEN ADAMS PLLC**
Vanya S. Hogen
vhogen@hogenadams.com
admitted *pro hac vice*
Jessica Intermill
jintermill@hogenadams.com
admitted *pro hac vice*
1935 W. County Road B-2, Suite 460
St. Paul, MN 55113
Main: 651-842-9100
Fax: 651-842-9101

*Attorneys for Defendants Lac du Flambeau Band of Lake Superior Chippewa Indians and Lake of the Torches Economic Development Corporation*

2