# EXHIBIT 8



Case: 3:13-cv-00372-wmc   Document #: 99-8   Filed: 02/12/14   Page 3 of 191
Case: 3:13-cv-00372-wmc   Document #: 136-6   Filed: 03/10/14   Page 2 of 51

2

1       Vicki Doud:  I am calling this meeting to order

2       under the auspices of the Tribal Council, the Federal

3       Development Corporation, and the Economic Development

4       Corporation.

5       I would like to run this meeting in an orderly

6       manner and anybody that wants to speak must direct to

7       the Chair.  If not, then you will be asked to leave.

8       I would like to have the Secretary call the Roll.

9       WHEREBY, Roll Call was taken.

10      It was noted that the following people are

11      visitors of the meeting:  Brian Pierson, Attorney;

12      Bill Bayba, Partner and Friend; Kevin Shibilski.

13      Vickie Doud:  And I guess I am going to ask the

14      help of Brian to lead us through this.  Do you have

15      the meeting agenda?

16      BRIAN PIERSON:  Thank you, Madame President.

17      Thanks for inviting us here today.  If anybody gets

18      hungry, I brought bagels from Milwaukee.  If you want

19      a mid-afternoon snack, they are over there with some

20      cream cheese.

21      "BROOKS" BIG JOHN:  They are not like the old

22      Indian days where they brought stuff in small pots.

23      BEVERLY BAUMAN:  Everybody is on their New Year's

24      diet.

Case: 3:13-cv-00372-wmc   Document #: 99-8   Filed: 02/12/14   Page 5 of 191
Case: 3:13-cv-00372-wmc   Document #: 136-6   Filed: 03/10/14   Page 3 of 51

4

1      preparation for this transaction, prepared documents

2      that would transfer the assets of the Federal

3      Development Corporation that relate to Lake of the

4      Torches over to the Economic Development Corporation

5      with a view toward the Economic Development

6      Corporation hereafter having the control of Lake of

7      the Torches Casino, the hotel, hotel sasino, and the

8      Federal Development Corporation having its various

9      activities off reservation.

10          So what I thought I would do is simply read

11      through them.  They provide overview of the

12      transactions, read through the resolutions.  I thought

13      first, the three resolutions that accomplish the

14      transfer of the assets from the FDC to the EDC.  The

15      reason for that order is simply that first the assets

16      would be transferred to the EDC and then the EDC would

17      actually be in a position to issue the bonds because

18      the principle security that the bond buyers requiring

19      is the revenue of Lake of the Torches and therefore,

20      it makes sense first to consolidate those operations

21      under the EDC before addressing the resolutions that

22      relate to the bond itself.

23          If that makes sense, I would propose that we just

24      start with the resolution of the FDC transferring the

6

1    Washington in time, so as an interim provision in

2    order to do the financing, that at the time was a

3    $10.7 million-dollar financing.

4        Al formed the Economic Development Corporation

5    under tribal law and then immediately transferred that

6    over to the FDC as soon as the approval came down.

7    But, Tom, there are no provisions in there for annual

8    meetings for the shareholders, basically the tribe,

9    and the tribal shareholders represented by Counsel

10   under those documents.

11       There is no annual meeting like you see for big

12   corporations.

13       TOM MAULSON:  Right.

14       BRIAN PIERSON:  There is nothing like that in

15   those Articles and Bylaws.  Okay, the first one that I

16   am taking is entitled:  Lake of the Torches Federal

17   Development Corporation, and then in parentheses

18   underneath it says:  Approving 1) transfer of certain

19   assets of Lake of the Torches Economic Development

20   Corporation, and 2) borrowing the funds from Lake of

21   the Torches Economic Development Corporation, and 3)

22   local funds to Grand Soleil Natchez.

23       So this approves the transfer of the corporations

24   to the Economic Development Corporation, but the whole

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801

Case: 3:13-cv-00372-wmc   Document #: 99-8   Filed: 02/12/14   Page 9 of 191
Case: 3:13-cv-00372-wmc   Document #: 136-6   Filed: 03/10/14   Page 5 of 51

8

1        MURIEL FRALICK:  I would like clarification as to

2    when the $20 million got attached to the $30 million,

3    that consolidation, who made that decision?  And I

4    want some documentation as to the loan distribution,

5    where this $20 million, if it gets approved, where it

6    is going to go?  What loans that the $30 million is

7    going to pay, and I don't see any security agreements,

8    I don't see any loan agreements.  I don't see anything

9    here other than resolutions and we have four

10    resolutions placed before us at 3:30 and we are

11    expected to make a decision.

12        And also, one question:  Can we do a part of this

13    resolution?  Can we do the $30 million dollars, that

14    consolidation without attaching the $20 million dollar

15    loan?  And let me tell you why.  I feel that we don't

16    want to do the $20 million dollar loan because we have

17    no guarantee of obtaining a Mississippi Gaming

18    License.  I am not going to apply for that license,

19    and when I don't apply, the Tribe will not get a

20    Mississippi Game License.

21        So that's totally taken out of the picture and if

22    Council passes that and decides to send the $20

23    million dollars down without any guarantees, Cato is

24    still in the picture, he has not been dissolved yet,

10

1       we -- most of us as Council people have not been

2       brought up to date on any of these.  We have been

3       totally left out of the picture and then told at the

4       12th hour that you now want us to make a decision on

5       this.  I think that's very unfair.  We should have

6       been brought aware of this right from the start.

7           I am new to the Council, okay, I am not going to

8       be up to speed on everything, but not at the last

9       minute is this going in and expected to be (INAUDIBLE,

10      14:54).  We have a lot of tribal members that have no

11      clue as to what the tribe is getting into.  They have

12      not had a voice in this decision from Day 1, there has

13      not been a tribal referendum, and it's time that the

14      people have a voice and say.  Do they want to put $20

15      million more dollars into this tribe?  Let them speak

16      up and say whether they want to or not.  That's not

17      the decision for one or two Council people to make.

18          MYRON DOUD:  It is my understanding that as we

19      had the referendum that both the $500 million dollars

20      that Maulson created, to me that gives you guys the

21      authority to do anything you want basically, eh?  I

22      mean --

23          BRIAN PIERSON:  There are political questions

24      and legal questions. On the legal question, I can say

12

1          KEVIN SHIBILSKI:  Sure.

2          BRIAN PIERSON:  Before you do that, Kevin.

3          VICKI DOUD:  Carl?

4          CARL EDWARDS:  Now with this -- when you guys

5     were doing that $500 million, how many towns turned

6     you down?  How many towns turned us down, 36, 38?  I

7     think (INAUDIBLE, 17:30) can give you an answer to

8     that one.  He was always telling me it was 36 or 38

9     towns.

10         JOHN BROWN:  It was quite a few.

11         CARL EDWARDS:  It was quite a few towns that you

12    guys went to, to try to get a casino and there is

13    still one sitting out there.  The other question I

14    have is since Muriel is not going to submit the gaming

15    application for Mississippi, what is in the best

16    interest of the tribe, perhaps you can answer or Rick

17    can, with this loan, is it worth more -- will we try

18    to make more money going out and selling it then,

19    since we are not going to be able to get it because

20    Muriel is not going to submit.

21         Is it worth more, like getting this loan and

22    selling it or is it going to hurt by not getting the

23    loan, and try to sell it or get out of it that way? I

24    guess that's my other question.

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801

14

1    the debt so a positive arbitrage, which is greater

2    interest than you're paying going back to the tribe as

3    well as a million dollars.  That was the structure

4    that we were given to take to the debt markets

5    beginning in July.

6        You had asked us to try and finish that project

7    by November or December and we failed in that

8    timeframe, we took a little longer than expected, I

9    apologize for that, and take responsibility.  The debt

10   market has been jolted in the last six or seven months

11   so it just took longer to create a competition in the

12   bond market to provide you with the options you need

13   to do a wise financing.

14       It has always been structured that way, that's

15   what they want.  There has always been existing debt

16   and new monies in this bond thing.  I can tell you

17   that.  And to get to Carl's question, I think,

18   probably, you should ask that of your partner, Mr.

19   Bayba, or Rick.  There is no question that the further

20   along a project is, the greater the return to value is

21   for sure, but I think I should speak to the bond

22   issuance and not to that kind of a tactical question.

23   Should he answer?

24       CARL EDWARDS:  Rick, can you answer or should I?

1  us further in debt when no one has had a chance to

2  reach the contract?  Everyone is talking around the

3  contract, but nobody is discussing the contract.

4  What's in it?  What's our liability?  What's going on

5  with, that's what I would like to see, before we spend

6  any more money.

7    VICKI DOUD:  Muriel?

8    MURIEL FRALICK:  I would like to ask Mr. Bayba to

9  please put that in writing, a guarantee to us, that we

10  are going to -- if we invest $20 more million that we

11  are going to make more money than we will make

12  tomorrow.  Would you please put that in writing, sir?

13    BILL BAYBA:  You want me to put that in writing?

14    MURIEL FRALICK:  Yes, a guarantee.

15    BROOKS BIG JOHN:  I guess we are getting down to

16  some things we really need to talk about here a little

17  bit.  Maybe putting the Board into shape by just

18  taking the time to come in tonight to appreciate the

19  comments I have heard so far, but really got to look

20  at what they call disclosure.

21    You know, piece the information, being informed

22  to make educated decisions.  From Day 1, I know, maybe

23  it's my fault, maybe' it's Muriel's fault, but other

24  members of the Council, I just wonder how much they

18

1      home and read them for a little while before I had to

2      come here, but for me to sit here and make a decision,

3      gentlemen, in all due fairness, with my colleagues

4      here and my children that I look after each and every

5      day, I can't sit here and rationally say that I

6      support some of these things.

7          I like the question that Muriel asked when she

8      asked if we could bring this resolution down to two

9      parts because I do believe we need to consolidate our

10     debt and I do believe we need to borrow this money to

11     get us out of this trouble that maybe a great part of

12     the Cancun boat deal put us in.  And I don't know who

13     was part of that but some people in here do know who

14     part of it was, when you look at bringing in the

15     people for considerations, I always think that 10

16     minds are better than one or two.

17         So without total disclosure, I just feel at a

18     loss here.  I feel insecure having these placed in

19     front of me for this meeting, having to read them,

20     having to understand them and having to put my tribe

21     in debt to the tune of this amount of money, it makes

22     the hairs on my neck stand up.  I appreciate you guys

23     coming here, but this is just        how I feel this

24     evening.  Thank you.

Case: 3:13-cv-00372-wmc   Document #: 99-8   Filed: 02/13/14   Page 21 of 191
Case: 3:13-cv-00372-wmc   Document #: 136-6   Filed: 03/10/14   Page 11 of 51

20

1      KEVIN SHIBILSKI:  Right, yeah, yeah, in case of

2      default, of course you need to avoid it; it would

3      wreck your credit.  The longer consequences would be

4      probably worse than the shorter consequences and it's

5      to be avoided at all costs and that's why it is

6      important to crunch the numbers to make sure that

7      Central Governmental Services are not even threatened

8      by the pledge in the cash-flow analysis.

9         But yes, in the event that the tribe would

10     default, all kinds of nasty things would happen.  I

11     mean that's true of any financial transaction. If you

12     don't make the payments and default, they want their

13     money.

14     MIKE CHRISTENSEN:  Would they take over?

15     MYRON DOUD:  Okay, my second question, wait a

16     minute, would they take over every operation that the

17     tribe owns for credit?

18     VICKI DOUD:  Myron, you are out of order.

19     MYRON DOUD:  My second question is to Brooks and

20     what you are talking about.  Mr. Brooks, here is a

21     question for you:  How would you feel that when we

22     rescinded that $500 million dollar referendum we had,

23     how would you feel about that, would you vote for

24     that?

Case: 3:13-cv-00373-wmc   Document #: 99-8   Filed: 02/12/14   Page 23 of 191
Case: 3:13-cv-00372-wmc   Document #: 136-6   Filed: 03/10/14   Page 12 of 51

22

1          Mr. Cato, there were problems there.  I think we

2          are holding the LLC or something, the corporation

3          (INAUDIBLE 31:11) but this project has been going on

4          for, I am not sure, a couple of years, and it's been a

5          good relationship, especially with Mr. Bayba, who has

6          been -- it's been two successful operations, the hotel

7          in Green Bay and Stevens Point.

8          I feel very safe in working with him and this

9          project would provide us with extra income needed to

10         provide with our people and to see it all for nothing

11         at this point in time, it's a sad thing, and I really

12         have no desire to see it, that's my opinion.  Mike?

13         MIKE CHRISTENSEN:  I understand what you are

14         saying, Vickie, but you got to go back, look at how

15         many deals we started off with Shullsburg how we got

16         ripped on that by jumping at the gun at the 11th hour.

17         All the way down the line we have had nothing but

18         failures.

19         I applaud you here for what you did with Stevens

20         Point and the Green Bay with the hotels and on the

21         other hand you guys are sitting here at the 11th hour

22         with no attorneys present to advise you what you guys

23         are getting into.  Never seen a contract, you got two

24         attorneys sitting here who want to make their money.

1    opportunity to look at all the resolutions, but yeah,

2    what you are saying doesn't make some sort of sense.

3    But jump in there and get another failure, I have

4    watched $50,000 go out at Shullsburg, now we own land

5    at a mine that we can't do nothing with.

6         I think it's time we stop, sit back, and take a

7    look at it and quit looking at the lawyers.  Bring in

8    your own attorneys that are going to tell you whether

9    it's a good deal or a bad deal.  These guys want to

10   make money just like I do, they got to sit there and

11   chat.

12        VICTORIA DOUD:  I would like to say that this

13   isn't the 11th hour.  We have been working on this

14   second consolidation for -- we have been waiting for

15   it, in fact, for --

16        MIKE CHRISTENSEN:  I don't recall getting a copy

17   of the contract to sit and read.

18        VICTORIA DOUD:  -- we don't know -- I guess who

19   doesn't --

20        MIKE CHRISTENSEN:  It's like we have this casino,

21   Vickie, built.  Tom also didn't look at the contracts.

22   Tom never signed them.  It was your signature and

23   Brooks signature on all the contracts that had built

24   this.  We couldn't find out where the money went or

26

1        Council on the progress we are making as well as to

2        reaffirm the ongoing structure and the intent of the

3        borrowing.  I think we have had good, we always can

4        improve if there has been any short-comings in

5        information, I apologize, but we have certainly gone

6        out of our way to be here many times to provide all of

7        the information to the Council as well as the analysis

8        of the proposed borrowing.

9        Our analysts look at your existing cash flow as

10       well as the projected cash flow of your investment in

11       Natchez and it is all of that that's securing the bond

12       buyer who is willing to invest as your partner,

13       essentially, in that operation, because they believe

14       that it's a sound investment.  The projected cash flow

15       available for that service, after you paid all your

16       expenses on your project in Natchez, Mississippi, the

17       first year, the whole operation, not a partial year,

18       in '09 is around $18 million dollars.

19       Your debt service is about half that, so in your

20       first full year of operation, there is substantial net

21       cash flow available that you have to decide what you

22       are going to do with.  If you are going to pay off

23       your debt faster, that's within, but from a business

24       analysis perspective, this has been looked at very

1    the projects and not the tribe itself; is that

2    correct?

3         KEVIN SHIBILSKI:  I just want to speak to the

4    second component, the Redunning Component, Brian, you

5    can speak to that, too; it's secured debt.  You are

6    not lending it with a handshake.  You're grabbing

7    liens on everything you can which is substantial.  You

8    have real estate, you have projected cash flow, you

9    have guarantees, personal guarantees, if that's what

10   you are getting at the answer is the portion of the

11   debt you are proposing to relend to yourselves and to

12   your partners is secured debt.  So should there not be

13   sufficient funds, you have recourse.

14        BRIAN PIERSON:  You are talking about the loan

15   being made by the FDC to the LLC?

16        KEVIN SHIBILSKI:  To the LLC, that's right.

17        BRIAN PIERSON:  Is that your question or is that

18   a separate question?  It's true that when the tribes

19   form these separate corporations any liability is

20   limited for those corporations, so to that extent, for

21   example there is no tribal trust property, there is no

22   land (INAUDIBLE, 40:02) of looking to the cash flow of

23   the casino for that repayment.  They looked at the

24   history of that and that's what persuaded them to loan

30

1    any answer to that?  On all of our projects starting

2    from Shullsburg on up or even before, are we

3    eventually all going to become millionaires like the

4    other reservations?

5        VICKI DOUD:  I don't know if we are going to be

6    millionaires, but we are hoping -- certainly we are

7    hoping to budget in our own tribes and that it will be

8    worth it (INAUDIBLE, 42:12).

9        Shullsburg is still pending, the ones that we do

10   have are Stevens Point hotel operations and Green Bay

11   hotel operations.  We won't see any income from that

12   until they start operating for a while before we see

13   any actual income.  We've gotten a little bit from

14   Stevens Point.

15       But we are trying to move ahead and we try to be

16   a progressive tribe.  We don't want to be sitting back

17   while the world is moving ahead of us.

18       VIRGINIA CHOSA:  But by moving ahead it seems

19   like we are getting further and further in debt. Now

20   you want to debt consolidate $30 million dollars.

21       VICKI DOUD:  We have to consolidate that debt so

22   that we can move ahead.

23       VIRGINIA CHOSA:  That doesn't sound like we are

24   moving ahead.

1        who are we getting that from?

2            KEVIN SHIBILSKI:  From the Grand Soleil, LLC.

3            MURIEL FRALICK:  And when are we getting that?

4            KEVIN SHIBILSKI:  At the time of refinancing.

5        You created incentives in the structure of your loan

6        to get them to refinance -- half of it is you but to

7        get that entity --

8            MURIEL FRALICK:  So we need to borrow $20 million

9        so they will give us a kick back of $1 million?

10            KEVIN SHIBILSKI:  Many more millions than that --

11        you have a 1.5 percent positive arbitrage, so you may

12        get something like $3 million a year.

13            MURIEL FRALICK:  Some day?

14            KEVIN SHIBILSKI:  No, no, no immediately.

15            MURIEL FRALICK:  We don't have any guarantee of a

16        license, sir

17            KEVIN SHIBILSKI:  I can't speak to that.

18            MURIEL FRALICK:  I mean, how can we make money if

19        we have no license?

20            KEVIN SHIBILSKI:  The project would kick off $3

21        million a year for the tribe.

22            MURIEL FRALICK:  If we have a license, right?

23        And if we continue to be a part of this project,

24        right?

Case: 3:13-cv-00372-wmc   Document #: 99-8   Filed: 02/12/14   Page 35 of 191
Case: 3:13-cv-00372-wmc   Document #: 138-6   Filed: 03/10/14   Page 18 of 51

34

1    question from earlier.  This is a single bond issue of

2    $50 million dollars that we worked the past 5 months

3    to put together and we bid it out.  It's not like a

4    bank loan where you can take part of it.  We

5    identified, we sold these bonds, $50 million dollars

6    worth of bonds.

7         We identified a buyer for these bonds and so

8    there is no sort of halfway.  And the fee to Saybrook

9    is part of the agreement with them to cover their

10   expenses for the purchase of the $50 million dollars

11   for the bonds.

12        MURIEL FRALICK:  Okay, and we also talk about

13   some LOC, the purchaser is by investors.  Investors,

14   we have no names, we don't know who is buying our

15   bonds -- we don't know who?

16        KEVIN SHIBILSKI:  No.

17        MURIEL FRALICK:  Will we ever know?

18        KEVIN SHIBILSKI:  No.  The links are -- it's

19   Saybrook, I mean that's but who they are as

20   underwriters Saybrook, Nicolaus -- a bond is package

21   unit.  It's no different than a loaf of bread.  It's

22   debt and you sell it on the marketplace and it's

23   really not the concern of the debt issuer other than

24   the terms and the conditions of that issuance who buys

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801

36

1                           **TAPE 1 - SIDE B**

2           BROOKS BIG JOHN:  Let's get the horses in front

3      of the carts where they belong, not as we are going

4      about it now, put the cart in front of the horse.  If

5      we have no gaming license, you know, we have nothing,

6      we don't get it.  I hear you saying we can make some

7      money.  I think maybe we can't do it.  I don't want to

8      be a deal killer if it is a good, sensible business

9      plan and everything's on the up-and-up and if the

10     counsel has fully disclosed and if our people are

11     disclosed, then there are no arguments.

12          We go forward in totality and the total

13     agreement, there are no fights, there are no

14     arguments, when are we going to get there?  That's all

15     we need to get back to.  The fight can be squashed

16     simply by informing us other Council members, getting

17     us on board with all of these things.

18          Muriel has a question and is worried about,

19     that's what I talk about, full disclosure.  We are

20     still constitutionally bound, whether I hear otherwise

21     or not, because I wear this hat as a Council member,

22     because I wear this hat as a corporate officer.  We

23     are still bound to that constitution.  I don't care

24     what anybody tells me. I believe that and I will go to

38

1        Thank you.

2            MYRON DOUD:  You asked me a question, though,

3        what was the question?

4            BROOKS BIG JOHN:  How did we invest in these

5        other companies that were non-gaming without a

6        referendum?  Since that referendum that you are

7        talking about, that $500 million-dollar licensee,

8        that's the question.

9            MYRON DOUD:  Probably started in executive

10       session and everything was getting put together in the

11       packet and then bring it to the rest of the Council.

12           MYRON DOUD: But, hey, you are right.  We should

13       have had a referendum on this.

14           VICKI DOUD:  Garret Christensen?

15           KEVIN SHIBILSKI:  Just a quick response.  I

16       should defer a question regarding Natchez to Mr.

17       Bayba, absolutely, to Mr. Lindsley and I will focus on

18       the bond issue.  You had a lot of good questions that

19       Mr. Bayba and Mr. Pierson can answer regarding the

20       status of the Natchez project.  I am not here to talk

21       about our role, I am here to talk about the bond

22       issue, which you hired us to do a few months ago.

23           VICKI DOUD:  Tom?

24           TOM MAULSON:  I got a couple of questions and one

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801

40

1    explain this to me.  Why we went that route?  I mean,

2    do we have no investors out there that can pick up the

3    $20 million dollars to buy into this venture or -- I

4    mean, because I have heard a lot of things, even at

5    Tribal level indicating that it will be all ours.

6    Hopefully, it will be down the road.

7        KEVIN SHIBILSKI:  From Day 1, we were hired to

8    look at maximizing the borrowing opportunity to do

9    both.  I don't know what happened before that, I can't

10   speak to that, but when we were hired it was to seek

11   actually the original number was bigger than that, I

12   think it was $60 million dollars.  It was scaled back.

13   It was always a single borrowing with two purposes in

14   mind, vaguely you are right.  All that happened, and

15   how that came to be that's probably it's a question of

16   your partners at Natchez.  We were hired initially to

17   borrow with loan purposes.

18       RICK LINDSLEY:  That was back in '80.

19       KEVIN SHIBILSKI:  That was always that and every

20   time we updated the balance on the status of our

21   efforts, it was with both of those borrowings in mind.

22   I really want to be clear, nobody has been trying to

23   hide the nature of this borrowing from anybody and we

24   have been here many times, me personally and others

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801

1          TOM MAULSON:  You and I were there.  They had a

2     gentleman that was in the front - mapped a portion of

3     that instead of the tribe taking the hit for that

4     portion of the gaming dollars.

5          RICK LINDSLEY:  You are thinking of Turpin.

6          TOM MAULSON:  Turpin.

7          RICK LINDSLEY:  That was back in --

8          TOM MAULSON: · Oh, Doherty was part of that.

9     Doherty was going to be the other investor.  It was

10     going to be not only Doherty but the tribe, Mr. Bayba

11     (phonetic) back there.

12          RICK LINDSLEY:  Let Kevin tell you what the terms

13     are.

14          TOM MAULSON:  Maybe we need to -- I mean, that's

15     what I am trying to say:  how did we get another

16     Doherty or whatever?  I would have taken -- we

17     probably wouldn't be here today.  We'd only be looking

18     at consolidating a loan that we need in order to take

19     care of a debt that's out there.

20          KEVIN SHIBILSKI:  May I answer?

21          TOM MAULSON:  Sure.

22          KEVIN SHIBILSKI:  Doherty is a company that

23     actually -- it pieces out its loans to a variety of

24     community banks around the country.  And Turpin was

1      million?

2            MYRON DOUD:  Yeah.

3            MURIEL FRALICK:  I don't know.  I don't know how

4      we would pay that back.  You would have to ask

5      somebody smarter than me, probably Rick Lindsley, he

6      has it all down as to where it is written, but

7      however, if we weren't in some kind of trouble

8      financially, do you think we would be doing a debt

9      consolidation?  Do you think that we are just doing

10     that because we want to pay a higher interest rate

11     than what we have on some of these loans?  No.  To me,

12     debt consolidates when you are in trouble, but that --

13     I am just a layman.

14           VICTORIA DOUD:  As such.  Debt consolidation

15     would help the tribe.

16           MYRON DOUD:  My question is:  How did we get $30

17     million dollars in debt anyways? That's the question.

18     We knew that we were $30 million dollars in debt but

19     there is no paperwork to show how we got into debt

20     other than jumping all over the country looking for a

21     casino.

22           VICTORIA DOUD:  We have already done all the

23     construction and renovation of the boat, the gambling

24     boat and (INAUDIBLE, 12:43).  In fact, last Friday

46

1   questions are understandable.  Rather than harm my

2   relationship with this tribe, this fee, I don't care

3   about this.  I have worked with this tribe in 1990 and

4   my first involvement was with a very contentious,

5   long-term and not lucrative civil rights case, so I

6   feel very close to this tribe.

7        Normally, when we get involved it's because the

8   political leadership has already made a decision that

9   this is what they are going to do.  And Kevin, I am

10  sure feels the same way sitting here, it's like we are

11  involved now in a meeting about whether this is a good

12  business decision, and kind of, you know, our

13  involvement as bond counsel is really outside the

14  scope.

15       I understand are concerned about risk and now

16  what comes to my mind is what are the options now if

17  the truck is full what happens to the amount that has

18  already been invested in Natchez and going forward,

19  what are the options?  But people should feel

20  comfortable with their real counsel projectory is at,

21  that we do have an ethical duty of loyalty and I

22  personally feel a strong sense of commitment to the

23  tribe and we have -- we circulated documents at the

24  end of November.

Case: 3:13-cv-00372-wmc   Document #: 136-5   Filed: 03/10/14   Page 25 of 51

48

1       a business judgment on it, that is something your

2       political leaders have to make.  Those are hard

3       decisions.  But I guess I would like to have some

4       discussion of what would happen, Kevin, in your point

5       of view now would somebody -- would you as an

6       underwriter be able to find somebody to come in and

7       buy out the tribe's position, just kind of think of

8       going forward, what is in the tribe's best interest.

9           KEVIN SHIBILSKI:  Surely, we couldn't close on

10      this bond deal if there was an attempt to split in

11      two, so this would collapse.  The relative value of

12      the project compared to where it would be three months

13      down the road is a legitimate question, but I think

14      Mr. Bayba is in a better position to answer that and

15      Mr. Lindsley.

16          We were hired to seek money for refinancing of

17      your system debt which is a very good sound business

18      practice, I should say, it really is.  It happens

19      every day, and it is not a sign of trouble or duress

20      necessarily at all.  I mean, it happens every day and

21      we were hired to pursue the refinancing of your

22      existing debt, and additional monies for your

23      investment in Natchez.

24          And while I am not making this presentation, the

50

1      didn't hold -- you didn't submit your application, we

2      wouldn't receive another $50 million dollars

3      (INAUDIBLE, 19:54).

4          RICK LINDSLEY:  That is correct, so I guess the

5      big question, then, did you handle this and what

6      happens in that situation, I mean, it doesn't make a

7      lot of sense in my opinion if we only had (INAUDIBLE,

8      20:04) without that additional $8.7 million dollars we

9      wouldn't be able to do marine work.

10         With it we would be able to get the sidewalk to

11     grade our parking lot to grade to do marine work so

12     would we be stuck at that point?  When I say green

13     work, I share with you guys' pictures, the portal,

14     shade, the rounds, the transition barge and then also

15     the boat, those are on hold.  So we would have a nice

16     retaining wall and parking lot down near the water,

17     that's what we need this.

18         RICK LINDSLEY:  That adds value to the property,

19     no doubt about it.

20         BROOKS BIG JOHN:  Why didn't we simply just --

21     how come we didn't get a gaming license before going

22     through with all of it -- construction and all that?

23     Secondly, I want you to think about this two-parter

24     here, how many times can we pledge our casino revenues

1      position only.

2          Go back to why didn't we apply for a gaming

3      license before we started construction, you know, a

4      lot of that stuff started before I came on board.  The

5      officers had already submitted applications, and Bill,

6      maybe you can add to this, but from my understanding

7      in talking to the Gaming Commission, and also Scott

8      Andress, you talking, I mean, that's very normal, that

9      you had all this in place and the licensing is

10     something that goes on, you know, over the time frame.

11     And Bill, correct me if I am wrong on that.  I mean it

12     was --

13         BILL BAYBA:  Right.

14         VICTORIA DOUD:  (INAUDIBLE 23:29).

15         BROOKS BIG JOHN:  That's the question I had.

16         RICK LINDLSEY:  I would like to follow up on

17     Brooks on that.  One reason, too, why this process was

18     delayed so long is because of Cato.  Cato was supposed

19     to be -- I think you guys and leaders were due back in

20     February of '07?  Cato was supposed to be submitting

21     at that same time.  They did not complete his

22     application until November because he kept delaying,

23     delaying, delaying.  So even our license back in the

24     May, June, July time frame.

Case: 3:13-cv-00372-wmc Document #: 99-6 Filed: 02/03/14 Page 55 of 191

54

1     they want to look at general ledger, they want to look

2     at gaming, I mean, it's a page long of items that they

3     want to investigate.

4          MYRON DOUD:  In essence, could that affect the

5     whole deal?

6          MURIEL FRALICK:  I have no idea.  If they find

7     impropriety, I don't know if that would affect the

8     gaming applications, I don't know.  I don't know how

9     they came --

10         MYRON DOUD:  As a matter of fact -- at this point

11    in time, I don't think this is the time to be making

12    decisions about anything until this audit is done.

13         BRIAN PIERSON:  I have seen a number of tribes

14    kept the same way, it could be traded but it could

15    just

16         be one of these random things.  They seem to be

17    methodically approaching tribes with these things to

18    address these issues.  So I am just throwing that out

19    because I know from other tribal clients that it's not

20    necessarily a danger sign.

21         CARL EDWARDS:  We are working with you for that.

22         VICTORIA DOUD:  If we've got good accounting.

23         CARL EDWARDS:  Thank you, Vicki.  Brian, maybe

24    you can attest to this a little bit, my experience

56

1     Gerber (phonetic) came over here with the loan

2     documents that he got the proper signatures.

3     JEANNIE WOLFE:  The resolution is included in the

4     packet?

5     MURIEL FRALICK:  I would like to address that $2

6     million.  On Friday, Rick arranged for Vicki to take

7     out a $2 million dollar loan with the Chippewa Valley

8     Bank.  I spoke this morning to the Office of the

9     Inspector General, we went off an old resolution that

10    this to Vicki and Rose is being authorized to sign for

11    any loans for the tribe so that it could fund, so they

12    could fund Natchez and the Inspector General told me

13    this morning that as soon as Rose was no longer a

14    Council person or the treasurer that that

15    documentation was null and void.

16    So as to a legality I don't think that that was a

17    legal transfer.  I don't think Vicki has the authority

18    on one signature because if she goes with that

19    resolution that says Vicki and Rose should sign for

20    that loan, and Vicki did all of this on her own

21    signature.  That money was wired directly from

22    Chippewa Valley Bank to -- we don't know where it was

23    wired.

24    They tell us it was to Natchez for construction,

1   our heads, I believe, because we cannot split that.

2   You said it was a two-part $30 million and $2 million

3   but now you are saying we have to take the whole $50

4   million, is that right?

5   KEVIN SHIBILSKI:  That's structure, the purposes

6   were always as close to -- it's one issue -- we are in

7   tuned.

8   MURIEL FRALICK:  So there is no way we can get

9   the $30 million debt consolidation alone?

10   KEVIN SHIBILSKI:  It is not our intention to hold

11   you hostage.  We're asking -- we're asking you a debt

12   that cleared both of those purposes from the

13   beginning.  I really want to make it clear that we are

14   not trying to force you at all --

15   MURIEL FRALICK:  I understand that, I understand.

16   I am asking you now, is there any way we can do the

17   $30 million dollar debt consolidation alone?

18   KEVIN SHIBILSKI:  You have to start all over

19   again, you can do that.  You can't do this, but it is

20   not going to happen fast and this $50 million dollar

21   deal that we put together now, and we are several

22   months into this, identifying a bond buyer and

23   paperwork has been done, it would roll back this deal

24   for sure and I should - on behalf of Madame President,

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801

60

1    spent $16,012,392.00; that's the original loan for

2    Natchez. That's not counting the receivables that the

3    tribe holds for Natchez which would be Lindsley's

4    expenses, tribal expenses --

5         RICK LINDSLEY: $16,361,667.00.

6         MURIEL FRALICK: And as of today we still owe

7    $14,536,621.79. I could be off a little bit, but to

8    the best of my knowledge with the documentation that I

9    have been provided, that's what we owe, what we have

10   invested in Natchez right now.

11        VICKI DOUD: At this time, I am going to call for

12   a recess for 5 or 10 minutes.

13        (A BREAK WAS TAKEN - END OF TAPE 1 - SIDE B)

14

15

16

17

18

19

20

21

22

23

24

1       It is not.  It is certainly your prerogative, I

2   understand that, but there are dire consequences.  You

3   jeopardize your credit; you jeopardize your investment

4   in Natchez.  So what we were hoping was maybe, you

5   know, you probably are going to have a whole bunch of

6   liens filed against the project, if you speak of

7   consequences of that.

8       (INAUDIBLE, 2:00, SOUND IS DISTORTED)

9       BIRAN PIERSON:  If you ask me sitting here, it

10  would be irresponsible as the lawyer, not to say I

11  agree, I think you will end up with loss of this

12  investment you have which seems like a bad

13  consequence, potential loss of reputation when you go

14  out in the market place the next time.

15      All the concerns that were raised are sound and

16  all the things that were said about, you know, not

17  enough communication -- maybe it is a bad investment.

18  I don't know, I haven't crunched those numbers.  I

19  don't know if Natchez is going to be -- I don't know

20  if the market study for Natchez is sound, but let's

21  say Natchez, the market study is bad and it's not

22  really going to be profitable, you still on January 2,

23  2008, have a decision to make and if you pull the

24  plug, I just think you won't be able to recoup what

1      to get lawsuits and liens who is going to buy it from

2      you?  Then all the investments and money put in --

3           MIKE CHRISTENSEN:  Apparently somebody must think

4      we are something.  We got a deal down in Chicago for

5      another boat.  When are we going to get our money

6      again?  It's locked up in Shullsberg, only we aren't

7      going to get our money again, our creditability ain't

8      hurt.  I don't like high-pressure tactics, I'm sorry.

9           VICTORIA DOUD:  I don't think that's high-

10     pressure tactics, I think it's legal.

11          MIKE CHRISTENSEN:  We lost a bunch of money

12     already, what's the sense of holding off for another

13     30 days so everybody looks over this contract and then

14     decides on it.

15          BRIAN PIERSON:  I just want to say on that, the

16     documents have circulated, the bond indenture, for

17     example, again a very dense document like this, I have

18     difficulty understanding the doggone thing.  I rely on

19     my partner for those highly technical documents

20     circulating at the end of November among the

21     Development Team, gone through several drafts.

22         You know, we got involved in your hiring August

23     for a deal that we understood had been in progress for

24     a while, so I understand that at this point that there

1    MIKE CHRISTENSEN:  I've got the floor.  If you

2    throw me out I will call the cops, Vilas, tribal cops,

3    whatever you want but the same damn thing, the secrecy

4    got us right to where we are at today from Shullsberg,

5    everything else, right back in the same spot.  We have

6    one inch, everybody is taking our money, shelling it

7    out and we are getting shit back and all of a sudden

8    because we are sitting here in the audience and we are

9    not part of what the deal was, we don't matter?

10    VICKI DOUD:  We are trying to move ahead.

11    MURIEL FRALICK:  If you create a disturbance, Mr.

12    Christensen, you will be suspended.  We can pretend

13    you have been suspended today as our Treasurer by our

14    esteemed President.

15    I was not working, I got assaulted in the hallway

16    today and I got suspended because I created a hostile

17    environment, that I was the one that was the accosted

18    and attacked, yet I created that.  My question, my

19    question is:  If we sign these documents and we pay

20    that $50 million dollar bond sale, is there something

21    in the documentation that says we have to send this

22    $20 million to Natchez?

23    KEVIN SHIBILSKI:  You could shut down the $8.5

24    simply by not applying, I am not your attorney.  There

68

1·        to go?

2         KEVIN SHIBILSKI:  That $9 -- you absolutely --

3         you could just not apply, that $9 would not be

4         disbursed, that's a fact, yes.

5         MURIEL FRALICK:  Just the $9, though, that's all

6         we can save?

7         KEVIN SHIBILSKI:  Well, not saving because you

8         are keeping the project current.  You are avoiding --

9         you know, you are avoiding lawsuits.  You are creating

10        something you can sell.  You have bought a decision to

11        make and that's all yours to make.  If you decide you

12        want to get out of this, you certainly don't want to

13        lose your $16 million so get current on your bills,

14        solidify the site work and then sell it if you want to

15        move on.

16        MURIEL FRALICK:  Okay, why are we at risk of

17        losing our $16 million dollars, I thought we had

18        equity in there?

19        KEVIN SHIBILSKI:  If you did nothing, what would

20        happen is all the contractors that are working on this

21        will start a series of lawsuits again all of this --

22        well, lien can speak to that line.  Its liens, they

23        will file liens.

24        MURIEL FRALICK:  Against us as a tribe or against

1     for a way, I guess I have a fiduciary responsibility

2     to tell you what the consequences would be and maybe

3     there is a compromise position.  At least get your

4     bills paid, get your site work completed, get the boat

5     there, then you can sell it.

6         Lots of people would love to buy that project, I

7     don't think that's an issue.  You can decide if that's

8     what you want to choose to do.  If you do nothing, and

9     it falls into lawsuits and receivership and all the

10    other nasty consequences and you do nothing, you

11    jeopardize your $16 million dollars invested in there.

12        So if you want out of the project, at least

13    project what you invested, keep your bills current.

14    If you don't apply, Muriel, the $9 million doesn't get

15    drawn, that clause is in there that would be a smaller

16    borrowing under the same structure we wouldn't have to

17    reissue this.

18        MURIEL FRALICK:  So when you say the $9 million

19    doesn't get drawn, I don't understand that.

20        KEVIN SHIBILSKI:  There is a clause in here

21    saying you have to meet your application, the Tribe

22    has to submit its application to this Mississippi

23    Gaming Commission before $9 million dollars is allowed

24    to be accessed.  It's a provision in this deal.

1    dollars, so you still would be -- you know, we

2    wouldn't have to redo this.  You would just be taking

3    $9 million less by virtue of what you saved earlier

4    and I reiterate that you wouldn't be applying.

5         MURIEL FRALICK:  Right.

6         KEVIN SHIBILSKI:  If you don't do that, that's a

7    consequence.  And then you can still -- you can be

8    current on your bills, you got a project that you can

9    sell and you don't jeopardize the $16 million.  I

10    don't see how it is possibly in your interest, for

11    what it is worth, to undo what you have done, to

12    jeopardize your $16 million.

13         MURIEL FRALICK:  Okay, before we make a decision

14    on that can I see the loan distribution?  Where this

15    $40 million is going to be, who we are going to pay

16    off, where all this money is going to go?

17         KEVIN SHIBILSKI:  That's all your contractors, I

18    mean, I didn't do that.  But your partners and Mr.

19    Lindsley can talk to you about that.

20         MURIEL FRALICK:  I mean, you know, we are going

21    to borrow $41 million from, right?

22         KEVIN SHILBILSKI:  $30 of that is refinancing

23    your debt.

24         MURIEL FRALICK:  Right.  I mean, that's what I

1        MURIEL FRALICK:  And who is going to have this $8

2    million dollars extra, $7 million?

3        KEVIN SHIBILSKI:  In any bond deal it goes to a

4    trustee, a third party.  Nobody touches it.

5        MURIEL FRALICK:  You are going to have control o

6    it?

7        KEVIN SHIBILSKI:  No, no, no, a trustee.

8        MURIEL FRALICK:  Who is the trustee?

9        KEVIN SHIBILSKI:  Wells Fargo.

10        MURIEL FRALICK:  Wells Fargo, they get the whole

11    $41 million and they dole out our payment?

12        KEVIN SHIBILSKI:  No, no, remember $30 million of

13    this is refinancing.

14        MURIEL FRALICK:  I realize that.  I am talking

15    about the total.  I know $30 million is the debt

16    consolidation.

17        KEVIN SHIBILSKI:  Yeah, right.

18        MURIEL FRALICK:  I want to know who has total

19    control of the $41 million, the $30 plus the $12 or

20    whatever.

21        KEVIN SHIBILSKI:  Well it would be the $12 less

22    the reserves, so probably $7 or $8.  Well Fargo would

23    control that $7 or $8 million dollars.

24        MURIEL FRALICK:  So can they tell us who is going

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801

1   you go to the bank, the bank sends someone out, the

2   plumber does his work, it is exactly that process.

3            MURIEL FRALICK:  Okay.

4            KEVIN SHIBILSKI:  Nobody has a checking account

5   with all the money in it.

6            MURIEL FRALICK:  But it's going to be accountable

7   to us, also?

8            KEVIN SHIBILSKI:  Absolutely, every penny.

9            MURIEL FRALICK:  And it is not just going to go

10  to one person?  It's not going to go to Mr. Lindsley

11  and not be shared with the rest of us?

12           KEVIN SHIBILSKI:  No, no.

13           MURIEL FRALICK:  I mean, that's been the history.

14           KEVIN SHIBILSKI:  That's not my job.

15           MURIEL FRALICK:  I know it's not your job but I

16  want some assurance that the rest of us are aware of

17  what's going on.

18           KEVIN SHIBILSKI:  That's fair enough.  I can

19  assure you that Wells Fargo has fiduciary

20  responsibility in this deal.  And Brian, this is

21  really some (INAUDIBLE, 17:15) as well.  Your job is

22  to make sure those funds are appropriately spent on

23  your behalf, and they have to provide -- bills will

24  be provided, lien waivers will be provided, only

78

for five-and-a-half to six months.

MURIEL FRALICK: Okay.

VICKI DOUD: Paco?

PACO FRALICK: I just have three questions. I am trying to understand this in its entirety. What was the reason that we can't wait a month or a week? Why does this have to be tonight?

VICKI DOUD: There are people that need -- that expect to be paid. There are bills that have not been paid to keep the operations going.

PACO FRALICK: And I am trying to understand this Cato that wants $35 million dollars to sell his property to the Tribe. How does he fit in? What happens if we don't want to pay him $35 million and we owe him nothing. What happens to our wholly bill on that track of land?

KEVIN SHIBILSKI: I could answer that, that's a good question. Mississippi anticipates that he will have otherwise you have a minority partner in a casino project who wouldn't get a license, it would hold up the whole project. So they, in their statutes have anticipated that and they created a resolution process, which prepares a third-party appraiser to say -- they come in and say hey look, this is what I can

80

1        KEVIN SHIBILSKI:  If Muriel withholds the

2        application that would reduce the borrowing by $9

3        million, you have enough of what's left (INAUDIBLE,

4        21:10) refinancing to get your bills current and

5        retaining wall completed so that the builder can't

6        undo or take the money to get done.  So you don't

7        jeopardize your $16 million.  That's the short answer

8        to that question.  You have a sale, then you can

9        decide if you want to sell it, then you have something

10       to sell.  Having the spring floods wash out what you

11       have already done and having the liens and lawsuits

12       that eliminates your ability to sell this investment.

13       PACO FRALICK:  So you are saying we would have to

14       have $25 million?

15       KEVIN SHIBILSKI:  No, I am saying --

16       PACO FRALICK:  $16 plus $9.

17       KEVIN SHIBILSKI:  I don't know where you are

18       getting the $16 from -- oh, right, right, right.

19       PACO FRALICK:  But we have to spend $25 million

20       in the hope it sells.

21       KEVIN SHIBILSKI:  Not hope, you have a valuable

22       asset there that would sell.  That's certain.  If you

23       did nothing, that's for sure, you are losing $16

24       million dollars and that's not a matter of opinion.

1        benefits of that amount if it is equal to the Tribe?

2        I mean equal partners to me, one over here is equal to

3        this one.  I give $16 million here to this group and

4        not $16 million there, that's hard.  I don't get it.

5        RICK LINDSLEY:  Brooks, with the Tribe's

6        investment, the Tribe originally was offered a deal

7        that was passed down, that was before my time.  I

8        don't know what happened; I don't know what the deal

9        was.  When they went back to the investor, they put in

10       $5, they tried to put in $5 million dollars.  We later

11       acquired additional shares for $3.6 million dollars.

12       Our actual investment in the project was $8.6 million

13       dollars.  The other dollar amount that we subsidized

14       was $16.3, which is approximately $7.6 million

15       dollars; those are loans to the project that upon the

16       refinancing the Tribe would be reimbursed for and

17       those who didn't then become the debt of Natchez.  The

18       Tribe's investment is $8.6 million.

19       MURIEL FRALICK:  But we are taking out the loan

20       to pay back to ourselves?  I mean, that doesn't make

21       sense.

22       RICK LINDSLEY:  Right now, it's the Tribe's debt.

23       In the refinancing, it will be Grand Soleil's debt, so

24       the Tribe then is --

1    dollars without any guarantee that he would ever be --

2    made whole.

3       MURIEL FRALICK:  Well it's nice to know that and

4    it would have been nice if we knew that.

5       KEVIN SHIBILSKI:  I think that's a testament of

6    his character that he did that without flinching.  He

7    could have come here and put you on hold, but he

8    didn't, he wrote a check.  I know only one person in

9    the world who did that, and I know you know, too, he

10   is standing right there.

11      You are going to ruin not only your project, but

12   you are going to ruin your partner's project if you do

13   nothing.  That's a fiduciary fact, and I am obliged to

14   tell you that.  You can sell the project, that's your

15   call, that's a political decision, that' all your own

16   decision, and that's all yours but you ought to know

17   the consequences of doing nothing is prepare to lose

18   your $16 million dollars and to lose millions for your

19   partner as well.  Think about that before you go and

20   waste all this.

21      MURIEL FRALICK:  We probably should have did a

22   little investigating on all this before --

23      KEVIN SHIBILSKI:  He is high on the project.  He

24   is very happy with the project.

Case: 3:13-cv-00372-wmc Document #: 186-6 Filed: 02/03/14 Page 87 of 91
Case: 3:13-cv-00372-wmc Document #: 136-6 Filed: 03/10/14 Page 44 of 51

86

1    (INAUDIBLE, 28:48, TALK OVER) -- the project and the

2    $10 million guarantees.

3        MIKE CHRISTENSEN:  How much land do we own as a

4    Tribe down there?

5        MR. BAYBA: 55 acres.

6        MIKE CHRISTENSEN:  Is that in your name or in our

7    name, do we have a clear title to it?

8        MR. BAYBA:  It's in the name of the LLC.

9        MIKE CHRISTENSEN:  It's another corporation that

10   means zip and you are going to stick it to us again.

11   We already went through this with the Dream Catcher,

12   we already went through this with Shullsburg.  How

13   many more times is the (INAUDIBLE, 29:12) going to

14   take a beating at our expense and sit back and tell us

15   you are doing a job for us?  That's upsetting to me

16   that we lose all this damn money down the drain.

17        Another guy comes in here, you have a letter,

18   great, an LLC corporation.  You guys better get in a

19   lawyer that is going to talk for you and make you

20   understand what is going down and not to have somebody

21   and say hey give me some money and you're done.  Get a

22   couple of more lawyers, here's some more money and

23   you're done.  We have been taken to the cleaners, how

24   many times because like Muriel said,

1  down the tubes.  We own land up in Shullsberg, it went

2  down the tubes.  We have another investment going down

3  the tubes, the stock market crashes every day, you

4  don't get nothing back, Vicki.

5  VICTORIA DOUD:  You don't let anybody respond.

6  We still own land on the Shullsburg and if we buy it

7  at --

8  MIKE CHRISTENSEN:  $300,000.

9  VICTORIA DOUD:  -- then what it was worth.

10  MIKE CHRISTENSEN:  $100,000 going to an

11  underground mine, land, drilling and we can't do

12  nothing, Vicki.

13  VICTORIA DOUD:  That's your opinion of it.

14  MIKE CHRISTENSEN:  I have heard our DNR people

15  tell us you can't put pillars underground for the boat

16  --

17  VICTORIA DOUD:  I don't know -- I don't know if

18  the suggestion would be -- (INAUDIBLE, 31:20, TALK

19  OVER) I know you direct me to do a lot of things.

20  There might be going with the $40 million rather than

21  -- we need to stop all this back and forth.  Bring it

22  out in the open, no more hiding; bring it out in the

23  open.

24  CARL EDWARDS:  I want to introduce the issue for

90

1      borrowing of funds from Lake of the Torches

2      (INAUDIBLE, 33:06) Corporation, and three, (INAUDIBLE,

3      33:08) funds to Grand Soleil Natchez, LLC.

4          BETTY JACK:  And that's in the best interest of

5      all the Tribal members, Vicki?

6          CARL EDWARDS:  And if you want to sell it, we can

7      sell it, that's fine.

8          VICKI DOUD:  We want to move on to the next order

9      of business, please.

10         KEVIN SHIBILSKI:  We need a motion on all five of

11     those resolutions.  I just put that out, that wasn't

12     for all of them.

13         CARL EDWARDS:  Then I guess the second I will

14     introduce for the EDC Revenues proving the transit of

15     assets from FDC, from the loan funds for the FDC which

16     are both under the EDC.

17         MURIEL FRALICK:  Could somebody please explain

18     this resolution to me?  I'd like it read word-for-

19     word.

20         VICKI DOUD:  Resolution introduced.

21         MURIEL FRALICK:  I mean I don't understand this.

22     Could somebody please explain it to me?

23         BROOKS BIG JOHN:  Under discussion, I have some

24     questions that I believe need to be addressed here,

1     SECRETARY:  Whereas we (INAUDIBLE, 36:04, READING

2     VERY FAST) Under the economic Development Corporation,

3     whereas Lake of the Torches Economic Development

4     Corporation, the Corporation is (INAUDIBLE, 36:14) is

5     controlled by the LDF (READING FAST, TELEPHONE

6     RINGING) is the governing body of the Corporation,

7     (INAUDIBLE, 36:30, TELEPHONE RINGING) The Articles of

8     Incorporation.

9     MURIEL FRALICK:  What are these articles of?  Can

10    you pull those out and read them to me?

11    GERALDINE BROWN:  The Articles of Incorporation

12    (INAUDIBLE, 36:47) the Order of Directors has the

13    authority to do all things necessary to actively and

14    aggressively participate in all matters pertaining to

15    a social, economic and industrial welfare of the band

16    and to engage in any lawful or activity which may be

17    necessary and appropriate for caring all and

18    accomplishing any of the foregoing purposes

19    (INAUDIBLE, 37:09).

20    And whereas, the Tribe has also formed a wholly-

21    owned corporation chartered by the Secretary of

22    Interior in Section 17 of Indian (INAUDIBLE, 37:14)

23    Reorganization (INAUDIBLE, 37:15), LOTC Federal

24    Development Corporation and whereas on August 13,

1    reservation.

2       The amended Articles of Incorporation of the

3    Corporation include language in Article 4 are also

4    included in the original Article of Incorporated Draft

5    in 1995, that this Corporation is a Not-For-Profit

6    Corporation and no dividends or (INAUDIBLE 39:14)

7    shall be declared to any private individual of Officer

8    or Director of the Corporation.

9       And whereas Articles are a result of (INAUDIBLE

10    39:24) and the records to the Corporation as a

11    (INAUDIBLE 39:30) not-for-profit Corporation are

12    misleading because the Corporation tries to earn as

13    much profit as possible, to run governmental services

14    that benefit members of the Tribe.

15       And whereas in no event could the Corporation

16    qualify for Charitable, 501-C3 status under the

17    Internal Revenue Code because its activities do not

18    qualify (INAUDIBLE 39:49) and the Internal Revenue

19    Service has issued a ruling that (INAUDIBLE 39:53) all

20    Corporation chartered under Tribal Law Shares, the

21    owners immunity from Federal Income Tax and we are

22    recommending that the Articles that characterize the

23    Corporation under the for-profit Business Corporation

24    wholly owned by the Tribe will not affect the Tribe's

Case 3:13-cv-00372-wmc Document #: 99-6 Filed: 02/03/16 Page 97 of 101
Case: 3:13-cv-00372-wmc Document #: 136-5 Filed: 03/10/14 Page 49 of 51

96

1      LLC, for purpose of those Grand Soleil projects.

2         And whereas the loans from the FDC to Grand

3      Soleil, LLC, will be originated by Grand Soleil, LLC,

4      at the rate interest of 2.75 percent higher than the

5      rate of interest paid by the Corporation to the bond

6      holders and the FDC will act as a conduit for

7      transferring all payments to Grand Soleil for the

8      Corporation.  The Corporation is used to make the

9      required payments to the loan and the bond.

10      Whereas the directors of the corporation and sole

11      shareholder believes 1) The consolidation of the Lake

12      of the Torches Grand Casino ownership, the management

13      and Corporation, 2) The amendment of the Articles, and

14      3) The loan to the FDC to be in the best interest of

15      the Corporation and its sole shareholder.

16      Therefore, be it resolved that the Resolution is

17      approving consolidation of LOTC Casino under the

18      Corporation, resolved that the acquisition of the FDC

19      as it originally purchased the casino by the

20      Corporation is hereby approved, and that all three

21      resolved the Lease Assignment for the Corporation, the

22      FDC dated September 1, 1995, casino site terminated

23      and the Corporation owned and operate the entire Lake

24      of the Torches Casino under the lease issued to the

1        Corporation be and is each hereby authorized to

2        deliver the Purchase Agreement subject as shown in

3        these documents and (INAUDIBLE, 43:59) so executed

4        (INAUDIBLE, 44:00) other parties there who against

5        delivery to the Corporation of the Purchase Agreement

6        but that additional agreement, instruments, documents

7        (INAUDIBLE, 44:06) by the other party.

8        Thereto, be it further that Article 4 of Articles

9        be reaped as needed (INAUDIBLE, 44:15), Article 3, and

10       also that Article 3, (INAUDIBLE, 44:16) be amended in

11       its entirety to be the sole shareholder of the

12       Corporation of the Tribe and interest of the

13       Shareholder shall be represented for all purposes by

14       Members of the Tribal Council who shall represent the

15       shareholder's interest (INAUDIBLE, 44:34) issued only

16       during the term of office.

17       And be it further resolved that the loan from the

18       Corporation of the FDC for purposes of the FDC loan,

19       Grand Soleil, as described above is hereby approved.

20       And be it further that the Officers of the

21       Corporation be and then is hereby is authorized

22       (INAUDIBLE, 44:49) directed in the name and on behalf

23       of the Corporation that such loan documents as may be

24       required to loan funds to the FDC (INAUDIBLE, 44:59).

1     46:00) as their sole discretion and especially be

2     necessary, proper, and hereby advisable in order to

3     carry out the essential intent and to accomplish the

4     purpose for the (INAUDIBLE, 46:10) Resolutions and

5     fully perform the obligations and appropriations again

6     (INAUDIBLE 46:14) documents get delivered pursuant

7     thereto.  And finally resolve that any and all actions

8     heretofore (INAUDIBLE 46:22) made by the Officers of

9     the Corporation consist of (INAUDIBLE 46:30) foregoing

10    Resolutions be and they hereby are ratified, confirmed

11    and approved in all respects.

12         MURIEL FRALICK:  Can you summarize that in all

13    one paragraph and tell me what were you reading?

14         BEVERLY BAUMAN:  What was she reading?

15         MIKE CHRISTENSEN:  There was one thing in there

16    that you read about two signatures.

17         GERALDINE BROWN:  For the Resolution?

18         MIKE CHRISTENSEN:  You were reading fast and all

19    you said was two signatures and the FDC --

20         GERALDINE BROWN:  You talk fast.

21         CARL EDWARDS:  -- and the FDC -- what is the FDC?

22         MIKE CHRISTENSEN:  Federal Development

23    Corporation.

24         CARL EDWARDS:  Oh, I thought you said FCC.  It is

VICTORIA'S TRANSCRIPTION SERVICES, INC.
(312) 551-8801