UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STIFEL, NICOLAUS & COMPANY, INC.,
STIFEL FINANCIAL CORP.,
SAYBROOK FUND INVESTORS, LLC
(successor to SAYBROOK TAX EXEMPT
INVESTORS, LLC),
LDF ACQUISITION, LLC,
WELLS FARGO BANK, N.A.,
and GODFREY & KAHN, S.C.,

      Plaintiffs-Counterclaim Defendants,

v.

LAC DU FLAMBEAU BAND OF LAKE
SUPERIOR CHIPPEWA INDIANS and
LAKE OF THE TORCHES ECONOMIC
DEVELOPMENT CORPORATION,

      Defendants-Counterclaim Plaintiffs.

Case No. 13-cv-372-wmc

## NOTICE OF APPEAL

Notice is hereby given that the Lac du Flambeau Band of Lake Superior Chippewa Indians and the Lake of the Torches Economic Development Corporation, the Defendants-Counterclaim Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order entered in this action on May 16, 2014 (Dkt. 175).

Dated: May 22, 2014.	**HANSEN REYNOLDS DICKINSON CRUEGER LLC**

      By: _s/ Tim Hansen_____
        Timothy M. Hansen
        thansen@hrdclaw.com
        Paul R. Jacquart
        pjacquart@hrdclaw.com
        316 N. Milwaukee St., Suite 200
        Milwaukee, WI 53202
        Direct: 414-273-8473
        Fax: 414-273-8476

        **HOGEN ADAMS PLLC**
        Vanya Hogen Moline
        vhogenmoline@hogenadams.com
        Jessica Intermill
        jintermill@hogenadams.com
        1935 W. County Road B2, Suite 460
        St. Paul, MN 55113
        Direct: 651-842-9100
        Fax: 651-842-9101

      Attorneys for Defendants-Counterclaim Plaintiffs Lac du Flambeau Band of Lake Superior Chippewa Indians and the Lake of the Torches Economic Development Corporation