UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

STIFEL, NICOLAUS & COMPANY, INC.,
STIFEL FINANCIAL CORP., SAYBROOK
FUND INVESTORS, LLC (successor to
SAYBROOK TAX EXEMPT INVESTORS,
LLC), LDF ACQUISITION, LLC, WELLS
FARGO BANK, N.A., and GODFREY &
KAHN, S.C.,

                                                    Case No. 13-CV-372

               Plaintiffs-Counterclaim Defendants,

v.

LAC DU FLAMBEAU BAND OF LAKE
SUPERIOR CHIPPEWA INDIANS and
LAKE OF THE TORCHES ECONOMIC
DEVELOPMENT CORPORATION,

               Defendants-Counterclaim Plaintiffs.

---

## NOTICE OF APPEAL

Notice is hereby given that Godfrey & Kahn, S.C., a plaintiff and counterclaim defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order entered in this action on May 16, 2014 (Dkt. No. 175), to the extent that it denied Godfrey & Kahn's amended motion for a preliminary injunction (Dkt. No. 42).

Dated this 10th day of June, 2014.

s/ James R. Clark
James R. Clark (*counsel of record*)
Eric G. Pearson
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee WI  53202
Telephone:  414-271-2400
Facsimile:  414-297-4900
E-mail:  jclark@foley.com
E-mail:  epearson@foley.com

*Attorneys for Godfrey & Kahn, S.C.*

2